454

*Abraham Kaplan* and *Nelson K. Scherer* for Estelle Aaronson and others, appellants and respondents.

*Harold A. Bogin* and *Irving J. Schultz* for Leonard R. Hanower and others, respondents and appellants.

*Ferdinand I. Haber* for Democratic County Committee of Nassau County, *amicus curiæ,* in support of affirmance.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

In the Matter of ANTHONY BOSCHETTI et al., Appellants and Respondents, Suing on Behalf of Themselves and Others Similarly Situated in the Election Districts Enumerated and Set Opposite the Respective Names of the Foregoing Petitioners, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections for the City of New York et al., Respondents. PATSY J. LANZETTA et al., Respondents and Appellants.

Argued September 1, 1949; decided September 1, 1949.

*Allen Goodwin* and *Emanuel Baetich* for petitioners, appellants and respondents.

*Alfred M. Ascione* and *Jacob Markowitz* for Patsy J. Lanzetta and others, respondents and appellants.

*John P. McGrath, Corporation Counsel* (*John J. Dyer* of counsel), for William J. Heffernan and others, as Commissioners of Elections for the City of New York, respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.